AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

**APPEARANCE**

Case Number: 1:08MJ122A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Marco DeJesus

I certify that I am admitted to practice in this court.

22 Aug 2008
Date

Signature

John F Cicilline 0433
Print Name Bar Number

381 Atwells AV
Address

Prov RI 02909
City State Zip Code

401 2735600
Phone Number

401 4545600
Fax Number