RECEIVED U.S. MARSHALS SERVICE AUG 18 2008 District of Rhode Island

FILED AUG 18 2008 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

MARCO DEJESUS

REDACTED

## WARRANT FOR ARREST

Case Number: 1:08-MJ-122A

YOU ARE HEREBY COMMANDED to arrest MARCO DEJESUS
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

possessing one kilogram or more of heroin with the intent to distribute

in violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1) (A)

Lincoln D. Almond
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

8/18/08 Providence RI
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on writ, returned to ACI | | |
| DATE RECEIVED 08/18/08 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 08/22/08 | | |