IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:08-MJ-122A |
| | : | |
| MARCO DEJESUS | : | |

ORDER

The United States of America and the defendant have requested an order granting a continuance of the proceedings in the above-captioned matter for a period of thirty (30) days. Pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), the parties submit that additional time is necessary for plea negotiations and to engage in discovery. The defendant, who was arrested on August 22, 2008, is aware that he has the right to have the matter submitted to a grand jury for indictment within thirty (30) days of his arrest on the complaint pursuant to Title 18 of the United States Code, Section 3161(b), and knowing his right to indictment within 30 days, the defendant has waived that right by his counsel's consent to his Order.

Thus, it is the finding of this Court that this action should be continued for a period of thirty (30) days for the following reasons:

1. The United States and the defendant desire additional time to engage in plea negotiations and conduct discovery.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting

the continuance outweigh the best interests of the public and the defendant in a speedy trial.

On this 27th day of August, 2008, it is ORDERED that the proceedings scheduled in the above-captioned matter are continued from September 21, 2008 through October 20, 2008; and

IT IS FURTHER ORDERED that the period from September 21, 2008 through October 20, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

LINCOLN D. ALMOND
United States Magistrate Judge

Consented to:

/s/John F. Cicilline
JOHN F. CICILLINE
Counsel for Marco DeJesus

/s/Sandra R. Beckner
SANDRA R. BECKNER
Assistant U.S. Attorney